In the Court of Criminal Appeals
Austin, TX.

## ** MOTION TO THE COURT FOR ORDER **

Joe Angel Acosta III
Petitioner Pro se
V,
The State of Texas
Respondent

Petitioner in the above said cause (PD-1323-14), respectfully petitions the Court to order TDCJ Clements Unit Law LIBRARY Supervisor Daryll Glenn, to cease all Harrassment/Retaliation for filling grievances against him and his staff for not providing Indigent Correspondence Supplies and access to law library research material. Mr. Glenn has instructed his staff to deny access and supplies, which is preventing me from preparing an amended petition, and/or supplement-Reply brief in this cause. This has been happening since my arrival to this unit in May, 2013. Clements Unit Administration refuses to address the problem and allows his acts with impunity. I simply want to prepare my legal work and be able to comply with the Courts orders. Ive filed multiple Grievances - To no avail.

Petitioner prays this court will order Mr. Glenn to provide me with postage/correspondence supplies and access to Law Library Material, And provide the court with documents of issue/

### * Certificate of service *

I, Joe Angel Acosta III, #1844468, Currently confined to the Clements Unit of the Texas Department of Criminal Justice - Institutional Division, attest under penalty of perjury the foregoing statements are true and a true and correct copy of this motion has been sent to: MR. Abel Acosta - Clerk, Texas Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, TX. 78711- today the 5th day of January 2015 - by U.S. Mail.

Joe Angel Acosta III
#1844468-Clements Unit
9601 Spur 591
Amarillo, TX. 79107

Petitioner Pro se.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk